United States District Court

for the

Southern District of Ohio



FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUN 15 PM 1:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

3M Company   Plaintiff

v.

Preventative Wellness Consultants LLC          Civil Action No. 2:20-cv-2932

### VERIFIED MOTION TO APPOINT PAUPER COUNSEL (Public Defender)

Comes now the Defendant and respectfully requests the Court to grant the appointment of pauper counsel (public defender) to represent me in this pending civil case. In support that

1. I want to be represented by an attorney, but I do not have sufficient income or other resources to pay.
2. I understand the Court may require me to provide written documentation of my household income and expenses before this Motion may granted.
3. I understand the Judge determines that if I qualify for appointment of pauper counsel, the Judge may also Order that I pay part or all of the costs of the pauper counsel. If ordered, this fee will be based on the Judge's determination of my ability to pay. I understand the Judge may review a finding for appointment of pauper counsel at any time during the proceedings based on a change in my financial circumstances either for the better or for the worse.

Date 15 June 2020

Jerry Pfeister